**EXHIBIT "A"**

**Photograph "Corn Hole" Board**

