# EXHIBIT "B"

# FaceBook Comments




Better save me some for th

20w     Like     Reply



**John Kalynych**

I only see two bottles of liq get more

20w     Like     Reply

 **Nicole Apgar Kopec** John



Ooo I'll be right over

20w     Like     Reply


