IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUSTIN K. ZUCAL, *et al.*,
        Plaintiffs,

       v.                                Civil No. 5:21-cv-04598-JMG

COUNTY OF LEHIGH, *et al.*,
        Defendants.

### ORDER

**AND NOW**, this 8th day of March, 2023, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint or in the Alternative, to Strike Certain Paragraphs from Plaintiffs' Amended Complaint (ECF No. 18) and Plaintiffs' response thereto (ECF No. 26), and for the reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motion (ECF No. 18) is **GRANTED in part and DENIED in part**:

    a. Defendants' Motion to Dismiss Plaintiffs' Amended Complaint is **GRANTED**. Plaintiffs' Amended Complaint is **DISMISSED WITHOUT PREJUDICE.**

    b. Defendants' Motion to Strike is **DENIED as moot.**

**IT IS FURTHER ORDERED** that Plaintiffs may file an amended complaint no later than **March 29, 2023**. If Plaintiffs do not file an amended complaint, their claims will be dismissed with prejudice.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge