# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN K. ZUCAL, et al.,<br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>COUNTY OF LEHIGH, et al.,<br>　　　　　　Defendants. | :<br>:<br>:<br>: Civil No. 5:21-cv-04598-JMG<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 27th day of December, 2024, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 65), Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgement (ECF No. 72), Plaintiffs' Supplemental Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment (ECF No. 95), and Defendants' Supplemental Brief in Support of the Motion for Summary Judgment (ECF No. 96),

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 65) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge